**Opinion issued January 23, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00744-CV

————————————

## IN RE GHX INDUSTRIAL, LLC, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator GHX Industrial, LLC has filed a petition for writ of mandamus in this Court. *See* TEX. GOV'T CODE ANN. § 22.221 (Vernon 2004); *see also* TEX. R. APP. P. 52.1. Relator requests this Court to order the trial court to vacate all or,

alternatively, part of its July 2, 2013 post-judgment sanctions order.[*]

We deny relator's petition for writ of mandamus.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.

---

[*] The underlying case is *Ramnses Gonzalez, et al. v. MEMC Pasadena, Inc. d/b/a MEMC Electronic Materials Pasadena*, *Inc., Titeflex Corporation, and GHX Industrial, LLC*, cause number 2008–48034, pending in the 295th District Court of Harris County, Texas, the Honorable Caroline Baker, presiding.